**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **OPEN JUSTICE BALTIMORE, et al,** | * | |
| **Plaintiffs,** | * | |
| v. | * | **Civil Action No.: 1:22-cv-01901-ELH** |
| **BALTIMORE CITY DEPARTMENT** | * | |
| **OF LAW, et al.,** | * | |
| **Defendants.** | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### STATEMENT PURSUANT TO COURT'S STANDING ORDER CONCERNING REMOVAL

Defendants Baltimore Police Department ("BPD") and Police Commissioner Michael Harrison ("Harrison") (collectively referred to as "Defendants"), by undersigned counsel, pursuant to the Court's Standing Order Concerning Removal (ECF No. 7), hereby state as follows:

1.      Defendants BPD and Harrison were not served by Plaintiff in this matter, prior to removal.  On August 2, 2022, undersigned Counsel sent Plaintiff's Counsel executed Waivers of Service for Defendants BPD and Harrison, via electronic mail.

2.      Diversity is not at issue in the instant matter.

3.      Removal occurred within thirty (30) days after counsel for Defendants BPD and Harrison retrieved a copy of the Complaint from the Baltimore City Circuit Court.

4.      *See* Paragraph 2 above.

1

5.      Based on information and belief, none of the remaining five (5) Defendants in this matter have been served with a summons in this matter.

Respectfully submitted,

_____/s/_____
James A. H. Corley (30016)
Chief Solicitor
Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
410-274-8614 (telephone)
410-396-2126 (facsimile)
Jim.corley@baltimorepolice.org
*Counsel for Defendants BPD and Michael Harrison*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **OPEN JUSTICE BALTIMORE, et al,** | * | |
| **Plaintiffs,** | * | |
| v. | * | **Civil Action No.: 1:22-cv-01901-ELH** |
| **BALTIMORE CITY DEPARTMENT** **OF LAW, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2022, a copy of the foregoing Statement in Response to the Standing Order Concerning Removal was served on all parties of record via the court's electronic filing system and/or were emailed or mailed, via first class mail, postage pre-paid, to:

Matthew Zernhelt, Esq.
Baltimore Action Legal Team
1014 West 36th Street, #135
Baltimore, MD 21211
mzernhelt@baltimoreactionlegal.org
*Counsel for Plaintiffs*

Baltimore City Law Department
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
*Defendant*

James Shea
Baltimore City Solicitor
100 N. Holliday Street, Suite 101
*Defendant*

Stephen Salsbury
Chief of Staff to City Solicitor
100 N. Holliday Street, Suite 101
*Defendant*

Lisa Walden
Chief Legal Counsel
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
*Defendant*

Mayor and City Council of Baltimore
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
*Defendant*

*OBJ, et al. v. Balt. City Law Dept., et al.*
Statement re: Standing Order Concerning Removal

_____/s/_____
James A. H. Corley

4

*OBJ, et al. v. Balt. City Law Dept., et al.*
Statement re: Standing Order Concerning Removal